IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2017 FEB 10 P 3: 03

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| CHRISTOPHER THORNTON and PATRICK DUNN, <br><br>Plaintiff, <br><br>v. <br><br>STARBUCKS CORPORATION, <br><br>Defendant. | CIVIL ACTION NO. <br><br> 2:17-CV-82-WHA-CSC |

## CONFLICT DISCLOSURE STATEMENT

**COMES NOW** the Plaintiffs, Christopher Thornton and Patrick Dunn, hereinafter ("Plaintiffs") by and through their undersigned counsel and in accordance with the order of this Court, making the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    **1.** The plaintiffs are individuals.

    **2.** There are no entities to be reported.

Respectfully Submitted, this the 10th Day of February, 2017.

[1]

/s/ *Cassie E. Taylor*
**CASSIE E. TAYLOR**
**BPR # AL-8297N67R**
The ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36116
334.356.5314 p
334.819.4032 f
CET@ADA-Firm.com
*Attorney for the Plaintiff*

# CERTIFICATE OF SERVICE

This is to certify that I have this day filed with the Clerk of Court the aforementioned Document for service of process by USPS mail or electronic mail, postage prepaid and properly addressed this _10_ th day of February, 2017 to the following:

**STARBUCKS CORPORATION**
c/o Prentice Hall Corporation System, Inc.
attn.: Registered Agent
150 S Perry St.
Montgomery, AL 36104


/s/ _Cassie E. Taylor_
**CASSIE E. TAYLOR**
**BPR # AL-8297N67R**
The ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36116
334.356.5314 p
334.819.4032 f
CET@ADA-Firm.com
*Attorney for the Plaintiff*