## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER THORNTON and PATRICK DUNN,** | ) ) ) | |
| **Plaintiffs,** | ) ) | **CIVIL ACTION NO.** |
| **v.** | ) ) | **2:17-cv-00082-WHA-CSC** |
| **STARBUCKS CORPORATION,** | ) ) | |
| **Defendant.** | ) ) | |

## <u>JOINT STIPULATION OF DISMISSAL</u>

**COMES NOW** the Plaintiffs, Christopher Thornton and Patrick Dunn ("Plaintiffs"), and Defendant, Starbucks Corporation ("Defendant"), by and through their and its undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) *Fed. R. Civ. P.*, and hereby respectfully request the Court dismiss this matter with prejudice, with each party to bear their or its own attorneys' fees and costs. All Parties jointly stipulate to the dismissal of this action, thereby concluding the matter in its entirety.

Respectfully Submitted, this the 22nd Day of January 2018.

/s/ Cassie E. Taylor
**Cassie E. Taylor**
The ADA Group, LLC
4001 Carmichael Road, Suite 570
P.O. Box 6429 (36106)
Montgomery, AL  36116
*Counsel for Plaintiffs*

/s/ Rachel V. Barlotta (with express permission)
**Rachel V. Barlotta**
Baker, Donelson, Bearman, Caldwell &
Berkowitz, P.C.
420 20th Street North, Suite 1400
Birmingham, Alabama 35203
*Counsel for Defendant*

[1]

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day filed with the Clerk of Court the aforementioned document for service of process by USPS mail or electronic mail, postage prepaid and properly addressed this 22nd day of January 2018 to the following:

**Rachel V. Barlotta**
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
420 20th Street North, Suite 1400
Birmingham, Alabama 35203
205-328-0480 p
205-322-8007 f
*Counsel for Defendant*

/s/ Cassie E. Taylor
**Cassie E. Taylor**
The ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36116
334.356.5314 p
334.819.4032 f
CET@ADA-Firm.com
*Counsel for Plaintiffs*