IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER THORNTON and<br>PATRICK DUNN<br><br>          Plaintiffs,<br>v.<br><br>STARBUCKS CORPORATION,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 2:17CV82-WHA<br>)<br>)<br>)<br>) |

ORDER

Upon consideration of the Joint Stipulation of Dismissal (Doc. #16), filed on January 22, 2018, it is hereby ORDERED that this case is DISMISSED with prejudice, with each party to bear his or its own attorneys' fees and costs.

DONE this 23rd day of January, 2018.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE